GEORGE DAVIS v. STATE.

No. A-5758. Opinion Filed April 16, 1927.
(255 Pac. 156.)

F. M. Walker and C. T. Lane, for plaintiff in error.

Edwin Dabney, Atty Gen., for the State.

EDWARDS, J. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Cleveland county on a charge of maintaining a place where intoxicating liquor was sold, and sentenced to pay a fine of $50 and serve 30 days in the county jail.

The judgment in this case was rendered on April 21, 1925. A case-made was filed in this court on August 19, 1925, and a petition in error filed on August 20, 1925. The extreme limit in which an appeal for a misdemeanor can be filed in this court is 120 days. Section 2808, Comp. Stat. 1921. An appeal is lodged in this court by filing a case-made and petition in error, or, if the appeal be by transcript, by transcript and petition in error. A case-made or transcript, unless accompanied by a petition in error, does not present any question for this court and is ineffectual as an appeal. Edwards v. State, 2 Okla. Cr. 715, 103 P. 1072; Wynne v. State, 8 Okla. Cr. 52, 126 P. 266; Roberts v. State, 10 Okla. Cr. 312, 136 P. 201; Fuhr v. State, 31 Okla. Cr. 409, 239 P. 679, and authorities cited.

The filing of a case-made on August 19, without a petition in error having been filed, did not constitute an appeal, and the filing of a petition in error on August 20

was on the one hundred and twenty-first day, and beyond the time allowed by law for appeals.

This court does not acquire jurisdiction, and the attempted appeal is dismissed.

DOYLE, P. J., and DAVENPORT, J., concur.